```
1   BARRY J. PORTMAN
    Federal Public Defender
2   STEVEN J. KOENINGER
    Assistant Federal Public Defender
3   19th Floor Federal Building – Box 36106
    450 Golden Gate Avenue
4   San Francisco, CA 94102
    Telephone: (415) 436-7700
5
    Counsel for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 3-07-70151 MAG |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME FROM APRIL 4, 2007 TO APRIL 18, 2007 |
| v. | |
| DIEGO ALFREDO MARTINEZ NAJERA, A/K/A DIEGO ALFREDO MUL NAH, | |
| Defendant. | |

On March 12, 2007, the government charged Defendant in a criminal complaint with the fraudulent use of a United States visa in violation of 18 U.S.C. § 1546. On March 14, 2007, Defendant made his initial appearance before the Honorable Joseph C. Spero on the complaint. At the initial appearance, Judge Spero set a detention hearing for March 16, 2007, and a preliminary hearing date of March 28, 2007. On March 16, 2007, Defendant waived detention, and the parties agreed to continue the preliminary hearing date to April 4, 2007 before this Court. Further, with the agreement of both parties, Judge Spero ordered the exclusion of time from March 19, 2007 to April 4, 2007 under both the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1.

STIP. AND [PROPOSED] ORDER                    1

As noted above, this matter is currently set for a preliminary hearing on April 4, 2007 at 9:30 a.m.  The parties in this case hereby stipulate and request that this Court continue the preliminary hearing date to April 18, 2007 at 9:30 a.m.  The parties agree that granting the continuance is reasonable to facilitate ongoing negotiations regarding a pre-indictment disposition, and for the effective preparation of both defense counsel and the United States, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agree that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial.  *See* 18 U.S.C. §3161(h)(A)(8).

IT IS SO STIPULATED.

DATED: April 3, 2007                                        _____/S/_____
                                                            WENDY THOMAS
                                                            Special Assistant United States Attorney

DATED: April 3, 2007                                        _____/S_____
                                                            STEVEN J. KOENINGER
                                                            Assistant Federal Public Defender
                                                            Attorney for Defendant

I hereby attest that I have on file al holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Pursuant to the parties' Stipulation and for the reasons set forth above, the preliminary hearing presently scheduled for April 4, 2007 is hereby continued until April 18, 2007 at 9:30 a.m. before this Court.  The Court further orders that the time from April 4, 2007 until April 18, 2007 be excluded from the calculations under both the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1.

**IT IS SO ORDERED.**

DATED: _April 4, 2007_____                        _____
                                                            IT IS SO ORDERED
                                                            Judge Edward M. Chen

STIP. AND [PROPOSED] ORDER                        2